**IT IS ORDERED as set forth below:**



**Date: September 11, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| SAHIL AMIRALI MUSANI, | * | |
| | * | CASE NO. 19-52130-JRS |
| Debtor, | * | |
| | * | |
| GEORGIA LOTTERY CORPORATION, | * | |
| | * | |
| Plaintiff, | * | Adv. No. 19-05209-JRS |
| | * | |
| v. | * | |
| | * | |
| SAHIL AMIRALI MUSANI, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT FOR THE
## GEORGIA LOTTERY CORPORATION

The Georgia Lottery Corporation ("Plaintiff") filed this Adversary Proceeding to determine whether its claim against Sahil Amirali Musani ("Defendant") is subject to discharge

in the Defendant's underlying Chapter 7 bankruptcy case. The case has come before the Court and has been resolved by a Consent Order entered into by the parties. It is hereby:

**ORDERED** that judgment is entered in favor of the Plaintiff, the Georgia Lottery Corporation, and against the Defendant, Sahil Amirali Musani, in the amount of $10,242.17;

**ORDERED** that a writ of execution may be obtained by the Plaintiff, the Georgia Lottery Corporation;

**ORDERED** that the entry of the Consent Order and this judgment concludes the matter and the Clerk of Court shall close the instant adversary proceeding.

**[END OF DOCUMENT]**


Prepared and Presented By:

*/s/ David V. Carson*
DAVID V. CARSON
Assistant Attorney General
Ga. Bar No. 164254
40 Capitol Square, SW
Atlanta, Georgia 30334
Tel: (404) 656-3303
dcarson@law.ga.gov
*Attorney for Plaintiff*

**Distribution List**

Sahil Amirali Musani
5300 Peachtree Road
Atlanta, GA 30341

Kerry Eston Hand
Stephen Law Firm LC
4411 Suwanee Dam Rd #820
Suwanee, GA 30024

Jason L Pettie
P.O. Box 17936
Atlanta, GA 30316

Office of the United States Trustee
Region 21
75 Ted Turner Dr SW, Suite 362
Atlanta, GA 30303

David V. Carson
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334